17570

Alonzo ROBINSON, Plaintiff-Appellant, v. GEORGIA CASUALTY AND SURETY COMPANY, Defendant-Respondent, and Manie Lee Williams, Administratrix of the Estate of Inez Williams, Defendant-Appellant.

(110 S. E. (2d) 255)

*James H. Howey, Esq.,* of Lancaster, *for Plaintiff-Appellant, Alonzo Robinson,* and *Williams & Parler,* of Lancaster, *for Defendant-Appellant, Manie Lee Williams, Administratrix,*

*Messrs. Nelson, Mullins & Grier,* of Columbia, *for Respondent, Georgia Casualty and Surety Company,*

186

September 1, 1959.

PER CURIAM.

We agree with the trial Judge in his holding that under the circumstances of this case there was no liability under the policy for which plaintiff could recover from Georgia Casualty and Surety Company. Let the Decree be reported as the Order of this Court.

Affirmed.